**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | |
| | : | **Criminal Action No.** |
| **TONY COLLIER,** | : | **5:09-CR-62 (HL)** |
| **Defendant.** | : | |

**ORDER**

Before the Court is Defendant's oral Motion for a Continuance. On November 13, 2009, the Court permitted original counsel to withdraw from the Defendant's case and appointed Laura Hogue to serve as substituted counsel. Ms. Hogue asks for a continuance because she will have insufficient time to review Defendant's case prior to the date of the scheduled pretrial conference. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. Ms. Hogue was appointed counsel so near to the scheduled date of the pretrial conference and even with the exercise of due diligence, the Court finds that she will have insufficient time to effectively review and prepare for Defendant's case prior to the date of the scheduled pretrial conference. Therefore, the Motion is granted and the case will be scheduled for the next term of court. The Speedy Trial Act deadline for the trial imposed by 18 U.S.C. § 3161(c)(1) shall be extended to the completion of that trial term.

**SO ORDERED**, this the 25th day of November, 2009.

***s/ Hugh Lawson***
**HUGH LAWSON, SENIOR JUDGE**

lmc